Aaron M. Kaufman (TX Bar No. 24060067)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: akaufman@grayreed.com

*Counsel to Exceptional Healthcare, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| DANIELLE VERONICA SAVOY | ) Case No. 24-30209-mvl-13 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Exceptional Healthcare, Inc., and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon:

> Aaron M. Kaufman
> **GRAY REED**
> 1601 Elm Street, Suite 4600
> Dallas, TX 75201
> Telephone: (214) 954-4135
> Facsimile: (214) 953-1332
> Email: akaufman@grayreed.com

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11 of the United States Code, or in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or

4859-4530-2191

oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by the District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 1st day of April, 2024.

By:  */s/ Aaron M. Kaufman*
Aaron M. Kaufman
Texas Bar No. 24060067
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:     akaufman@grayreed.com

*Counsel to Exceptional Healthcare, Inc.*

### Certificate of Service

The undersigned hereby certifies that on the 1st day of April, 2024, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

*/s/ Aaron M. Kaufman*
Aaron M. Kaufman

4859-4530-2191