IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 24-30209-mvl13 |
| **Danielle Veronica Savoy** § | |
| § | Chapter 13 |
| **Debtors** § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel, representing creditor Exceptional Healthcare, Inc., in the above-styled and numbered case, hereby enters this Notice of Appearance and Request for Service of Notices and Documents pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Northern District of Texas Local Rules, and requests that copies of all notices, pleadings, and other documents filed in the above-captioned cases be served at the following address:

> Megan F. Clontz
> State Bar No. 24069703
> Spencer Fane LLP
> 5700 Granite Parkway, Suite 650
> Plano, TX 75024
> (972) 324-0300 – Telephone
> (972) 324-0301 – Facsimile
> Email: mclontz@spencerfane.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil Procedure, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, fax, or otherwise, filed in the above-captioned case.

Dated: April 1, 2024

*/s/ Megan F. Clontz*
Megan F. Clontz
State Bar No. 24069703
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: mclontz@spencerfane.com

Aaron M. Kaufman
State Bar No. 24060067
Gray Reed
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: akaufman@grayreed.com

**COUNSEL FOR EXCEPTIONAL HEALTHCARE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, a true and correct copy of the foregoing was served upon all parties entitled to notice via the Court's electronic transmission facilities.

*/s/ Megan F. Clontz*
Megan F. Clontz