

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed April 10, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                 Case No. 24-30209-MVL-13
DANIELLE VERONICA SAVOY
    Debtor

---

### Order Denying Confirmation

---

On April 04, 2024 , came on for consideration the Confirmation of the plan filed February 12, 2024 by the Debtor.

The Court finds that good cause exists for the entry of this Order;  it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation,  Page 2
24-30209-MVL-13
DANIELLE VERONICA SAVOY

### End of Order ###

Signed:    /s/ Thomas D. Powers
           Thomas D. Powers, Trustee
           State Bar # 16218700

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)